IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE ESTATE OF JESSIE HALL SULLINS,
BY AND THROUGH JOHN SULLINS,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JESSIE HALL SULLINS, AND FOR THE USE
AND BENEFIT OF THE WRONGFUL DEATH
BENEFICIARIES OF JESSIE HALL SULLINS                              PLAINTIFF

VS.                                                          NO. 1:04CV355-D-D

BEVERLY ENTERPRISES, INC., et al.                                DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motions to remand (docket entries 6 and 12) are GRANTED; and

(2) this cause of action, with all pending motions, shall be REMANDED and restored to the active docket of the Circuit Court of Lee County, Mississippi.

SO ORDERED, this the 29th day of April 2005.

/s/ Glen H. Davidson
Chief Judge